HELENE T. DEYO, Respondent, *v.* ANNA GROSFELD, as Executrix, etc., of MARTHA WEICKERS, Deceased, and as Executrix, etc., of CLARA A. WEICKERS, Deceased, Defendant, Impleaded with RICHARD WEICKERS, Appellant.*

Supreme Court, Appellate Term, First Department, January 22, 1937.

*Sol H. Cohn* [*Manuel Weiss* with him on the brief], or the appellant.

*Alfred F. Intemann* [*Sidney Sugarman* of counsel], for the respondent.

PER CURIAM.   Judgment and order affirmed, with ten dollars costs.

All concur.   Present — LYDON, HAMMER and FRANKENTHALER, JJ.

* Affg. 163 Misc. 27; application to appeal to Appellate Division denied, N. Y. L. J. March 20, 1937, p. 1397.